January 9, 1981.

432 A.2d 250

Commonwealth v. Cole, Appellant.

Sub-mitted March 6, 1980.   H. Staaley Robert, Public Defender, for appellant;  John A. Hall, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOM-ERY, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., filed a memorandum dissenting statement.